# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHELDON MORSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00890-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME FOR DEFENDANT'S RESPONSIVE BRIEF**<br><br>(ECF No. 15) |

　　　Pursuant to the stipulation of the parties (ECF No. 15) and finding good cause,

　　　IT IS ORDERED that the requested extension of time is granted. Defendant's responsive brief shall be filed on or before June 5, 2019. All other deadlines are extended accordingly.

IT IS SO ORDERED.

　　Dated: __**May 9, 2019**__　　　　　　　　　　　/s/ Eric P. Groig
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1