UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHELDON MORSE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00890-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME AND SETTING ORAL ARGUMENT ON PLAINTIFF'S APPEAL**<br><br>(ECF No. 17) |

The parties have filed a stipulation for a thirty-day extension of time for Defendant to file her responsive brief. (ECF No. 17.) The Court finds good cause for granting a fourteen-day extension of time. The Court also sets oral argument on Plaintiff's appeal.

IT IS ORDERED that Defendant's responsive brief shall be filed on or before June 19, 2019, and that all other deadlines are extended accordingly. IT IS FURTHER ORDERED that the Court will hear oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits. Said hearing is scheduled for August 15, 2019, at 02:00 p.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Although personal appearance is encouraged, telephonic appearance is granted to anyone not within one hour of the Court, with said party(ies) to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties should be prepared to address all arguments raised in

1

Plaintiff's briefing with citations to the record. The parties should set aside one hour for the argument.

IT IS SO ORDERED.

Dated: **June 5, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2